USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2024

MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CLINT EDWARDS, Plaintiff,

v.

Z. TROTTER; C. MAXY; S. KNOWLES;
EBONY PINO; and C. BENNETT,

    Defendants.
------------------------------------x

NOTICE OF MOTION FOR DISCOVERY

Case No. 24-CV-2125(NSR)

PLEASE TAKE NOTICE, that the Plaintiff submitts this Motion for discovery. The Plaintiff requests the following items:

1.) The hearing tape number 15 thats shown on exhibit P0004 on the Amended Complaint, and

2.) The audio and camera footage from the misbehavior report that is shown on exhibit P0001 on the Amended Complaint. This audio and camera footage should have been persevered because the Plaintiff requested these items as evidence to show that this

(1)

misbehavior report was false.

The Plaintiff thanks the court for there time, and will be waiting for a reply on this motion.

Dated: September 16, 2024

Respectfully submitted,

Clint Edwards
DIN# 19A1720
Fishkill Corr. Fac.
P.O. Box 1245
Beacon, NY 12508

*Pro se* Plaintiff's motion is denied without prejudice as premature as Defendants have not yet filed an answer and Defendant Pino has not yet been served with the Amended Complaint. The Clerk of Court is kindly directed to terminate the Motion at ECF No. 27, and to mail a copy of this Endorsement to the *pro se* Plaintiff at the address listed on ECF.
Dated: September 26, 2024
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

(2)

**FISHKILL CORRECTIONAL FACILITY**
BOX 1245
BEACON, NEW YORK 12508

NAME: Clint Edwards   DIN: 19A1720

ALBANY NY 120
19 SEP 2024 PM 1 L

FISHKILL CORRECTIONAL FACILITY

neopost
09/18/2024
US POSTAGE $000.69⁰

ZIP 12508
041L11251113

2024 SEP 23 PM 3:55


USM 4P
SDNY

TO: Pro Se Intake Unit
USDC
SDNY
500 Pearl Street
New York, NY 10007

LEGAL MAIL

10007-131699