

**Office of the New York State**  
**Attorney General**

**Letitia James**  
**Attorney General**

May 19, 2025

**Via ECF**
Hon. Judith McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

**MEMO ENDORSED.**
*See Page 2.*

Re:   *Edwards v. Trotter et al.*, 24 CV 2125 (NSR)

Dear Judge McCarthy:

    This office represents the Defendants in this action by a pro se incarcerated individual alleging that a false misbehavior report was filed against him, which caused him to be put in keeplock at Sing Sing Correctional Facility. Defendants respectfully request an adjournment of the telephone status conference scheduled for May 22, 2025. *See ECF Docs. #54.*

    The Plaintiff informed both the Court and the Defendants by letter dated April 25 and filed on May 9, 2025, that he is unable to respond to Defendants' discovery demands as he is on "Administrative Detention status." He also states in his letter that he has discovery demands for our office. *See ECF Docs. #59.* As of today's date, Defendants have never received any discovery demands from the plaintiff, nor has the Plaintiff indicated when he will be able to respond to any discovery demands or provide Defendants with any such demands. Also, I will not be in the office on May 22, 2025, to take care of a family matter.

    Accordingly, I respectfully request an adjournment of the date for the status conference until after the plaintiff informs the Court and the Defendants of his status and ability to respond to any discovery demands or provide Defendants with any such demands.

    I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ John E. Jerman*
John E. Jerman
Assistant Attorney General
28 Liberty Street, 18th Floor

Hon. Judith McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Page 2 of 2

May 19, 2025

(212) 416-8476
John.Jerman@ag.ny.gov

cc:   Clint Edwards (Reg. # 79278054)
      USP-LEE
      P.O. Box 305
      Jonesville, VA 24263-0305
      *Pro se*

> **SO ORDERED:**
> Application granted in part and denied in part. The telephone conference scheduled for May 22, 2025 is adjourned to June 23, 2025 at 10:00 a.m. The parties shall call 855-244-8681 and enter access code 1800490580 at the time of the conference. It is the responsibility of counsel for the Defendants to make prior arrangements with the appropriate facility to have the *pro se* Plaintiff available via telephone. In addition, Plaintiff is directed to provide an update regarding his "Administrative Detention status" by June 13, 2025.
>
> _/s/ Judith C. McCarthy_  5-19-25
> JUDITH C. McCARTHY
> United States Magistrate Judge